UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-7936-MAN | Date | December 12, 2014 |
|---|---|---|---|
| Title | *Rodolps Ortiz v. Carolyn W. Colvin* | | |

| Present: The Honorable | MARGARET A. NAGLE, UNITED STATES MAGISTRATE JUDGE |
|---|---|
| Earlene Carson | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:**     (In Chambers)  Order

Plaintiff filed a Complaint For Judicial Review Of Decision Of Commissioner Of Social Security on November 5, 2013.  On July 29, 2014, the Court granted plaintiff's counsel's Motion To Be Relieved As Attorney of Record and ordered plaintiff to file a Motion For Summary Judgment on or before September 29, 2014.  On August 1, 2014, defendant filed the Answer to the Complaint and Notice of Filing of the Certified Administrative Record.

The Court's review of the file indicates that, to date, plaintiff has not filed a Motion For Summary Judgment and 74 days have elapsed since the deadline for doing so.

Accordingly, on or before **January 1, 2015**, plaintiff is **ORDERED TO SHOW GOOD CAUSE** why no Motion For Summary Judgment has been filed and why this case should not be dismissed for lack of diligent prosecution and failure to comply with the Court's prior Order.  In lieu of responding to this Order To Show Cause, plaintiff may file the required Motion For Summary Judgment on or before January 15, 2015.

**Plaintiff is expressly cautioned that his failure to timely respond to this Order will result in a dismissal of this action for failure to prosecute, pursuant to Fed. R. Civ. P. 41(b) and Local Rule 41-1.**

**IT IS SO ORDERED.**

                                                                          :
                                                  Initials of Preparer    efc