O

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

RODOLPS ORTIZ,

                Plaintiff,

         v.

CAROLYN W. COLVIN,
Acting Commissioner of Social
Security,

              Defendant.

NO. CV 13-7936-MAN

JUDGMENT

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: January 16, 2015

*Margaret a. Nagle*

MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE